Geoffrey M. Trachtenberg (State Bar No. 019338)
gt@ltinjurylaw.com
LEVENBAUM TRACHTENBERG
362 North 3rd Avenue
Phoenix, Arizona 85003
Tel: 602.271.0183
Fax: 602.271.4018

Rafey S. Balabanian (*Pro Hac Vice*)
rbalabanian@edelson.com
Ari J. Scharg (*Pro Hac Vice*)
ascharg@edelson.com
Alica E. Hwang (*Pro Hac Vice*)
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 130S
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Counsel for Plaintiff and the Putative Class*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Houser, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>Paramount Equity Mortgage, LLC, a California limited liability company,<br><br>                    Defendant. | Case No. 2:15-cv-00225-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1  PLEASE TAKE NOTICE that Plaintiff Catherine Houser ("Plaintiff") hereby
2 voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure
3 41(a)(1)(A)(i), without prejudice as to her individual claims and without prejudice as to
4 the claims of the putative Class members.

5  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part that: "the
6 plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal
7 before the opposing party serves either an answer or a motion for summary judgment []."
8 Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant Paramount Equity Mortgage, LLC has neither
9 answered Plaintiff's complaint nor moved for summary judgment. Accordingly, this
10 matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

**CATHERINE HOUSER**, individually and on behalf of all others similarly situated,

Dated: April 29, 2015

By: /s/ Alicia E. Hwang
One of Plaintiff's Attorneys

Rafey S. Balabanian (*Pro Hac Vice*)
rbalabanian@edelson.com
Ari J. Scharg (*Pro Hac Vice*)
ascharg@edelson.com
Alica E. Hwang (*Pro Hac Vice*)
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 130S
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Geoffrey M. Trachtenberg (Bar No. 019338)
gt@ltinjurylaw.com
LEVENBAUM TRACHTENBERG
362 North 3rd Avenue
Phoenix, Arizona 85003
Tel: 602.271.0183
Fax: 602.271.4018

**CERTIFICATE OF SERVICE**

I, Alicia E. Hwang, an attorney, hereby certify that on April 29, 2015, I served the above and foregoing *Notice of Voluntary Dismissal*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this 29th day of April 2015.

/s/ Alicia E. Hwang